UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **VINCENT D. ROBERSON** | **CIVIL ACTION NO. 19-1285** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **OUACHITA CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Vincent D. Roberson's claims are **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

MONROE, LOUISIANA, this 27th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE